STANLEY J. KARTCHNER
Chapter 7 Trustee
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
Telephone: (520) 742-1210

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 Proceedings |
| DESERT VALLEY STEAM CARPET | ) |
| CLEANING LLC, | ) CASE NO. 4:17-bk-13309-SHG |
| | ) |
| Debtor(s) | ) MOTION TO DISMISS CASE |
| | ) |

Stanley J. Kartchner, the duly appointed and acting trustee in this case, hereby moves to dismiss this case for failure of the debtor to appear through counsel, and in support hereof represents and alleges as follows:

1. This case was commenced with the filing of Debtor's Chapter 7 voluntary petition on November 8, 2017. Debtor is not represented by an attorney.

2. Corporations and other unincorporated associations must appear in court through an attorney. *See, e.g., Rowland v. California Men's Colony,* 506 U.S. 194 (1993); *In re America West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994).

Wherefore, because Debtor is not represented by an attorney as required, Trustee respectfully urges the Court to dismiss this case.

Dated: November 9, 2017.

/s/ SJK

Stanley J. Kartchner, Trustee

1

1 | Copy of the foregoing served by First
Class Mail November 9, 2017 upon:

DESERT VALLEY STEAM CARPET CLEANING LLC
108 E 8th ST
ELOY, AZ 85131

Office of the United States Trustee
230 N First Ave, Suite 204
Phoenix, AZ  85003-1706

        /s/ SJK
_____