# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:17–bk–13309–SHG

DESERT VALLEY STEAM CARPET CLEANING LLC  Chapter: 7
108 E 8th ST
ELOY, AZ 85131
**SSAN:**
**EIN:** 04–3824931

Debtor(s)

## ORDER TO SHOW CAUSE

A voluntary petition was filed by debtor, a corporation, partnership, LLC, LLP, trust or other artificial entity, without counsel.

Unincorporated associations, partnerships and corporations must appear through an attorney. <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201, 113 S. Ct. 716, 721, 121 L.Ed. 2d 656 (1993); <u>C.E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697–698 (9th Cir. 1987); <u>Church of the New Testament v. United States</u>, 783 F.2d 771, 773–774 (9th Cir. 1986); <u>In re Highley</u>, 459 F.2d 554, 555–556 (9th Cir. 1972). See also <u>In re Victor Publishers, Inc.</u>, 545 F.2d 285 (1st Cir. 1976); <u>Eagle Associates v. Bank of Montreal</u>, 926 F.2d 1305 (2nd Cir. 1991); <u>In re America West Airlines, Inc.</u>, 164 B.R. 315 (9th Cir. BAP 1994); <u>Move Organization v. United States Department of Justice</u>, 555 F. Supp. 684, 693 (E.D. Pa. 1983)

IT IS ORDERED the debtor shall show cause, if any it has, why this case should not be dismissed for lack of counsel on Wednesday, December 13, at 1:30 p.m. at the U.S. Bankruptcy Court at the following location:

- [x] 230 North First Avenue, Courtroom No. 301, Phoenix AZ
- [x] 38 South Scott Avenue, Courtroom No. 329, Tucson AZ
- [ ] 98 West First Street, Courtroom 1, Yuma AZ
- [ ] 101 W. Goodwin St., 2nd Floor, Prescott AZ
- [ ] 123 N San Francisco St., Flagstaff, AZ
- [ ] 2225 Trane Rd., Courtroom R, Bullhead City, AZ

DATED AND SIGNED ABOVE