IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | CHAPTER 7 |
| ) | |
| DESERT VALLEY STEAM CARPET ) | CASE NO. 4-17-bk-13309-SHG |
| CLEANING ) | |
| ) | **NOTICE OF TRUSTEE'S INTENT** |
| Debtor(s). ) | **TO ABANDON PROPERTY** |

Notice is given that Stanley J. Kartchner, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

601 North D Street, Eloy, AZ 85131. Schedules not on file yet so scheduled value is not known to the Trustee at this time; lien balance per creditor lift stay motion: $284,171.65 and no net value per creditor motion; trustee net nonexempt value: $0, especially given the significant damage to the property as stated in the creditor's motion.

Any person opposing the abandonment shall file a written objection with the Clerk of the United States Bankruptcy Court, 38 S Scott Ave., Tucson AZ 85701. The objection must be filed within 14 days from the date of the mailing of this Notice. The date of mailing can be obtained by a review of the file with the Clerk of the U.S. Bankruptcy Court. A copy of the objection shall be mailed forthwith to the trustee at the following address:

Stanley J. Kartchner, 7090 N. Oracle Rd., #178-204, Tucson AZ 85704. (520) 742-1210.

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property will be deemed abandoned without a court order having been entered.

DATED: November 16, 2017

/s/ SJK
_____
STANLEY J. KARTCHNER, TRUSTEE